# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 828 |
| | : |
| APPOINTMENTS TO THE | : SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : |
| EXAMINERS | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2020, Michael B. Lutz, Esquire, Chester County, and Benjamin P. Shein, Esquire, Philadelphia, are hereby appointed as members of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2020.